**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **COURTNEY KEITH LYONS**<br>**and KAYLA LYONS** | **NO.  :  -cv-** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **THE CITY OF LAKE CHARLES,**<br>**LAKE CHARLES POLICE DEPARTMENT,**<br>**CHIEF SHAWN CALDWELL,**<br>**OFFICER DAKOTA PAUL BACCIGALOPI,**<br>**OFFICER GUNNER JOHNSON,**<br>**OFFICER CHRISTOPHER CARTWRIGHT,**<br>**and CORPORAL MANDY BERTRAND** | **MAGISTRATE JUDGE LEBLANC** |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA:

Notice is hereby given pursuant to *28 U.S.C. § 1441 and § 1446* that Defendants, THE CITY OF LAKE CHARLES ("COLC"); LAKE CHARLES POLICE DEPARTMENT ("LCPD"); CHIEF SHAWN CALDWELL ("Caldwell"); OFFICER DAKOTA PAUL BACCIGALOPI ("Baccigalopi"); OFFICER GUNNER JOHNSON ("Johnson"); OFFICER CHRISTOPHER CARTWRIGHT ("Cartwright"); and CORPORAL MANDY BERTRAND ("Bertrand") (hereinafter, collectively referred to as the "Defendants" or "City"), hereby remove this civil action from the 14th Judicial District Court of the State of Louisiana for the Parish of Calcasieu to the United States District Court for the Western District of Louisiana, Lake Charles Division. In support thereof, the City respectfully aver that:

1.

On or about January 14, 2026, Plaintiffs, COURTNEY KEITH LYONS and KAYLA LYONS, filed a civil action in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana entitled *Courtney Keith Lyons and Kayla Lyons v. The City of Lake Charles, Lake*

*Charles Police Department, Chief Shawn Caldwell, Officer Dakota Paul Baccigalopi, Officer Gunner Johnson, Officer Christopher Cartwright, and Corporal Mandy Bertrand*, bearing Docket No. 2026-145. Copies of the Citation and Petition for Damages in that action are attached to the Notice of Removal and constitute all process served upon Defendants or filed by Plaintiffs in this action. COLC, LCPD, Caldwell, Baccigalopi, Johnson, Cartwright, and Bertrand were named Defendants.

2.

COLC was personally served on January 20, 2026, and LCPD, Caldwell, Baccigalopi, Johnson, Cartwright, and Bertrand were served via departmental service on January 21, 2026, dates within thirty (30) days from the date of the filing of this Notice of Removal.

3.

All Defendants join in and expressly consent to the removal of this Petition.

4.

Plaintiffs allege in Paragraph 24 of their Petition that this action is brought pursuant to the 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments to the Constitution of the United States of America, challenging the conduct of several Lake Charles police officers as allegedly violating the civil rights of Plaintiff while acting under the color of law as authorized law enforcement officers. Plaintiffs further allege in Paragraph 15 that COLC and LCPD failed to train and have a written policy on the use of deadly force and that these actions allegedly violate 42 U.S.C. § 1983.

5.

The civil action contends that it arises under the Constitution and laws of the United States within the meaning of 28 U.S.C. § 1331 and thus is removable under 28 U.S.C. § 1441(c) and § 1443(2).

6.

This action is timely and properly removed to this Court as the state court action is pending within this district and division. See 28 U.S.C. § 1441.

7.

Pursuant to 28 U.S.C. § 1446(d), a true copy of this Notice of Removal and a State Court Notice of Removal are being filed contemporaneously with the Clerk of Court for the 14th Judicial District Court of the Parish of Calcasieu, State of Louisiana.

WHEREFORE, Defendants, THE CITY OF LAKE CHARLES ("COLC"); LAKE CHARLES POLICE DEPARTMENT; CHIEF SHAWN CALDWELL; OFFICER DAKOTA PAUL BACCIGALOPI; OFFICER GUNNER JOHNSON; OFFICER CHRISTOPHER CARTWRIGHT; and CORPORAL MANDY BERTRAND, respectfully pray that this action proceed in this Court as an action properly removed hereto.

Respectfully submitted,

STUTES AND LAVERGNE, LLC

/s/ Russell J. Stutes, Jr.
RUSSELL J. STUTES, JR. (#21147)
RUSSELL J. STUTES, III (#38420)
MATTHEW TRAHAN (#40976)
600 Broad Street
Lake Charles, LA 70601
Telephone: (337) 433-0022
Facsimile: (337) 433-0601
Email: matt@stuteslaw.com
        rjs3@stuteslaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon the

following counsel of record:

> DERRICK D. KEE
> Cox, Cox, Filo, Camel, Wilson & Brown, LLC
> 723 Broad Street
> Lake Charles, LA 70601

via e-mail and/or U.S. mail, postage prepaid and properly addressed, this 18th day of February,

2026.

/s/ Russell J. Stutes, Jr.
RUSSELL J. STUTES, JR.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

---

**COURTNEY KEITH LYONS**
**and KAYLA LYONS**

**NO.  _:__-cv-_____**

**VERSUS**

**JUDGE JAMES D. CAIN, JR.**

**THE CITY OF LAKE CHARLES,**
**LAKE CHARLES POLICE DEPARTMENT,**
**CHIEF SHAWN CALDWELL,**
**OFFICER DAKOTA PAUL BACCIGALOPI,**
**OFFICER GUNNER JOHNSON,**
**OFFICER CHRISTOPHER CARTWRIGHT,**
**and CORPORAL MANDY BERTRAND**

**MAGISTRATE JUDGE LEBLANC**

---

STATE OF LOUISIANA                           :

PARISH OF CALCASIEU                      :

RUSSELL J. STUTES, JR., being by me first duly sworn, deposes, and says that he is the

attorney for The City of Lake Charles, Lake Charles Police Department, Chief Shawn Caldwell,

Officer Dakota Paul Baccigalopi, Officer Gunner Johnson, Officer Christopher Cartwright, and

Corporal Mandy Bertrand in this Notice of Removal; and that, all and singular, the allegations of

fact therein contained are true and correct to the best of his knowledge, information and belief.


/s/ Russell J. Stutes, Jr.
RUSSELL J. STUTES, JR.

SWORN TO AND SUBSCRIBED, before me at Lake Charles, Louisiana, on this 18th

day of February, 2026.

/s/ Matthew Trahan
NOTARY PUBLIC
Matthew Trahan
ID# 202218

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **COURTNEY KEITH LYONS**<br>**and KAYLA LYONS** | **NO. _:__-cv-_____** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **THE CITY OF LAKE CHARLES,**<br>**LAKE CHARLES POLICE DEPARTMENT,**<br>**CHIEF SHAWN CALDWELL,**<br>**OFFICER DAKOTA PAUL BACCIGALOPI,**<br>**OFFICER GUNNER JOHNSON,**<br>**OFFICER CHRISTOPHER CARTWRIGHT,**<br>**and CORPORAL MANDY BERTRAND** | **MAGISTRATE JUDGE LEBLANC** |

## LIST OF ATTORNEYS AND PARTIES
## IN STATE COURT ACTION

Pursuant to 28 U.S.C. § 1447(b), the following is a list of attorneys and the parties they represent involved in the state court proceedings entitled *Courtney Keith Lyons and Kayla Lyons v. The City of Lake Charles, Lake Charles Police Department, Chief Shawn Caldwell, Officer Dakota Paul Baccigalopi, Officer Gunner Johnson, Officer Christopher Cartwright, and Corporal Mandy Bertrand*, bearing Docket No. 2026-145 on the civil docket of the 14th Judicial District Court of the Parish of Calcasieu, State of Louisiana.

1. Derrick D. Kee
   Cox, Cox, Filo, Camel, Wilson & Brown, LLC
   723 Broad Street
   Lake Charles, LA 70601

   Counsel for Plaintiffs, Courtney Keith Lyons and Kayla Lyons

2.     Russell J. Stutes, Jr.
Russell J. Stutes, III
Matthew Trahan
Stutes & Lavergne, LLC
600 Broad Street
Lake Charles, LA 70601

Counsel for Defendants, The City of Lake Charles, Lake Charles Police Department, Chief Shawn Caldwell, Officer Dakota Paul Baccigalopi, Officer Gunner Johnson, Officer Christopher Cartwright, and Corporal Mandy Bertrand

I HEREBY CERTIFY that this list comprises all attorneys and parties in the above proceedings.

Respectfully submitted,

STUTES AND LAVERGNE, LLC

/s/ Russell J. Stutes, Jr.
RUSSELL J. STUTES, JR. (#21147)
RUSSELL J. STUTES, III (#38420)
MATTHEW TRAHAN (#40976)
600 Broad Street
Lake Charles, LA 70601
Telephone: (337) 433-0022
Facsimile: (337) 433-0601
Email: rusty@stuteslaw.com
      rjs3@stuteslaw.com
      matt@stuteslaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon the

following counsel of record:

> DERRICK D. KEE
> Cox, Cox, Filo, Camel, Wilson & Brown, LLC
> 723 Broad Street
> Lake Charles, LA 70601

via e-mail and/or U.S. mail, postage prepaid and properly addressed, this 18th day of February,

2026.

/s/ Russell J. Stutes, Jr.
RUSSELL J. STUTES, JR.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **COURTNEY KEITH LYONS**<br>**and KAYLA LYONS** | **NO. _:__-cv-_____** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **THE CITY OF LAKE CHARLES,**<br>**LAKE CHARLES POLICE DEPARTMENT,**<br>**CHIEF SHAWN CALDWELL,**<br>**OFFICER DAKOTA PAUL BACCIGALOPI,**<br>**OFFICER GUNNER JOHNSON,**<br>**OFFICER CHRISTOPHER CARTWRIGHT,**<br>**and CORPORAL MANDY BERTRAND** | **MAGISTRATE JUDGE LEBLANC** |

### CERTIFICATE OF FILING OF STATE COURT PLEADINGS

Pursuant to 28 U.S.C. § 1447(b), a copy of the entire suit record in the state court proceeding entitled *Courtney Keith Lyons and Kayla Lyons v. The City of Lake Charles, Lake Charles Police Department, Chief Shawn Caldwell, Officer Dakota Paul Baccigalopi, Officer Gunner Johnson, Officer Christopher Cartwright, and Corporal Mandy Bertrand*, bearing Docket No. 2026-145 on the civil docket of the 14th Judicial District Court of the Parish of Calcasieu, State of Louisiana, is hereby submitted for filing into the record of these proceedings. The referenced suit record contains the following documents:

1. Copy of Petition filed January 14, 2026.

2. Copy of Request for Written Notice of Assignment of Written Notice of Any Order or Judgment Made or Rendered filed January 14, 2026.

3. Copy of Interrogatories and Request for Production filed January 14, 2026.

4. Copy of citation to the City of Lake Charles issued on January 16, 2026, and completed return of service on January 20, 2026.

5.    Copy of Citation to City of Lake Charles Police Department issued on January 16, 2026, and completed return of service on January 21, 2026.

6.    Copy of Citation to Chief Shawn Caldwell issued on January 16, 2026, and completed return of service on January 21, 2026.

7.    Copy of Citation to Officer Dakota Paul Baccigalopi issued on January 20, 2026, and completed return of service on January 21, 2026.

8.    Copy of Citation to Officer Gunner Johnson issued on January 20, 2026, and completed return of service on January 21, 2026.

9.    Copy of Citation to Officer Christopher Cartwright issued on January 20, 2026, and completed return of service on January 21, 2026.

10.    Copy of Citation to Corporal Mandy Bertrand issued on January 20, 2026, and completed return of service on January 21, 2026.

Respectfully submitted,

STUTES AND LAVERGNE, LLC

/s/ Russell J. Stutes, Jr.
RUSSELL J. STUTES, JR. (#21147)
RUSSELL J. STUTES, III (#38420)
MATTHEW TRAHAN (#40976)
600 Broad Street
Lake Charles, LA 70601
Telephone: (337) 433-0022
Facsimile: (337) 433-0601
Email: rusty@stuteslaw.com
rjs3@stuteslaw.com
matt@stuteslaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon the

following counsel of record:

> DERRICK D. KEE
> Cox, Cox, Filo, Camel, Wilson & Brown, LLC
> 723 Broad Street
> Lake Charles, LA 70601

via e-mail and/or U.S. mail, postage prepaid and properly addressed, this 18th day of February,

2026.


> /s/ Russell J. Stutes, Jr.
> RUSSELL J. STUTES, JR.